IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | 6: 06-mj-0228- WMW |
| vs. | ORDER RE RELEASE FROM PARK SERVICE CUSTODY |
| CHRISTOPHER G. POWELL | |

Pursuant to the hearing conducted on November 28, 2006, at 10:00 a.m., it is HEREBY ORDERED that Defendant Christopher G. Powell shall be retained in the custody of the National Park Service until the arrival of military transport. At that time, Defendant Powell shall be released from the custody of the National Park Service and transferred to the custody of the United States Army.

11-28-06

Date

The Honorable William M. Wunderlich
United States Magistrate Judge